# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE COMMONWEALTH OF MASSACHUSETTS, *ex rel.* James Bresnahan<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELER'S TRANSIT, INC.; MONTACHUSETT REGIONAL TRANSIT AUTHORITY; GREATER ATTLEBORO-TAUNTON REGIONAL TRANSIT AUTHORITY,<br><br>Defendants. | No. 22-cv-40038-MRG<br><br>**FILED UNDER SEAL** |

## ORDER

The Commonwealth of Massachusetts, pursuant to Mass. Gen. Laws ch. 12, §§ 5C(4), having intervened in the above-captioned matter for purposes of settlement in this action, it is hereby:

**ORDERED** that Relator's Complaint, the Commonwealth's Notice of Intervention for Purposes of Settlement, and this Order be unsealed;

**ORDERED** that the seal shall be lifted on all matters occurring in this action after the date of this Order;

**ORDERED** that all other papers or Orders on file in this matter shall remain under seal; and

**ORDERED** that the clerk serve a copy of this Order on the Commonwealth of Massachusetts and the United States, and that the Commonwealth of Massachusetts may share

1

this order with the Relator.

Dated: July 14, 2025  /s/ Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE